## BARNES v. STATE.
### No. 18503.

Court of Criminal Appeals of Texas.

June 10, 1936.

M. H. Gibson, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented.

Appellant entered a plea of guilty and waived a jury upon the ·trial.

The record is here without 'statement of facts or bills of .exception.

No error having been perceived or pointed out, the judgment is affirmed.

## BARNES v. STATE.
### No. 18504.

Court of Criminal Appeals of Texas.

June 10, 1936.

M. H. Gibson, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. Appellant entered a plea of guilty and waived a jury upon the trial.

The record is before us without 'statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.